UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ERIKA SALINAS CARVAJAL, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:17-cv-375 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| TRINITY HEALTH MICHIGAN, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court has granted Defendant's motion to dismiss and has resolved all pending claims. As required by Rule 58 of the Federal Rule of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 3, 2019                             /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge